THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELINDA SLATER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLY RIDGE CENTER INC., a Washington Public Benefit Corporation d/b/a HOLLY RIDGE CENTER,<br><br>Defendant. | NO. 3:18-CV-05222-BHS<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

COMES NOW Plaintiff Melinda Slater and Defendant Holly Ridge Center, Inc., by and through their undersigned counsel, and stipulate, pursuant to Fed. R Civ. P. 41(a)(ii), that this case be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL - 1
Case No. 3:18-CV-05222-BHS

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

RESPECTFULLY SUBMITTED this 11th day of April, 2019.

Presented by:

/s/ Rachel M. Emens
Donald W. Heyrich, WSBA No. 23091
Jason A. Rittereiser, WSBA No. 43628
Rachel M. Emens, WSBA No. 49047
Henry Brudney, WSBA No. 52602
**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (206) 838-2504
Fax: (206) 260-3055
Email: dheyrich@hkm.com
jrittereiser@hkm.com
remens@hkm.com
hbrudney@hkm.com

*Attorneys for Plaintiff Melinda Slater*

/s/ Darren Feider
Darren Feider, WSBA No. 22430
Mariya Khilyuk, WSBA No. 51182
**Sebris Busto James**
14205 SE 36th Street, Suite 325
Bellevue, WA 98006
Phone: 425-450-3388
Fax: 425-453-9005
Email: dfeider@sebrisbusto.com
mkhilyuk@sebrisbusto.com

*Attorneys for Defendant Holly Ridge Center, Inc.*

## ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, and the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

ORDER, ADJUDGE AND DECREE that all of Plaintiff's claims against Holly Ridge Center, Inc. are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party, and the case is hereby closed.

DATED this 11 day of April, 2019.

_____
HONORABLE BENJAMIN H. SETTLE

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL - 2
Case No. 3:18-CV-05222-BHS

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504